# Third District Court of Appeal

## State of Florida

Opinion filed August 13, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1847
Lower Tribunal No. 24-227496-CC-05
_____

**Twarla M. Hill**,
Appellant,

vs.

**Town Park Village No. 1, Inc.**,
Appellee.


An Appeal from the County Court for Miami-Dade County, Michael G. Barket, Judge.

J. Philippe, PLLC, and Jesse Philippe, for appellant.

APLaw, LLC, and Alterraon Phillips (West Palm Beach), for appellee.


Before FERNANDEZ, LINDSEY and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 719.108(10)(d), Fla. Stat. (2025) ("The association may issue notice under s. 83.56 and sue for eviction under ss. 83.59-83.625 as if the association were a landlord under part II of chapter 83 if the tenant fails to pay a required payment to the association after written demand has been made to the tenant."); <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) ("When there are issues of fact the appellant necessarily asks the reviewing court to draw conclusions about the evidence. Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.").